IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-00977-MSK-KMT

CRESCENT COMMUNITIES, LLC,

    Plaintiff,

v.

CRESCENT REAL ESTATE EQUITIES
LIMITED PARTNERSHIP,

    Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Crescent Communities, LLC and Defendant Crescent Real Estate Equities Limited Partnership have agreed, and hereby jointly stipulate, to dismiss this action, with each party to bear its own costs and attorneys' fees.

Dated: January 18, 2017                              Respectfully submitted,

*s/ Joel S. Neckers*                                           *s/ Thomas B. Kelley*
Joel S. Neckers                                              Thomas B. Kelley
Wheeler Trigg O'Donnell LLP                                  Levine Sullivan Koch & Schulz, LLP
370 Seventeenth Street                                       1888 Sherman Street
Suite 4500                                                   Suite 370
Denver, CO  80202                                            Denver, CO  80203
Telephone:    303.244.1800                                   Telephone:    303.376.2400
Facsimile:    303.244.1879                                   Facsimile:    303.376.2401
Email:        neckers@wtotrial.com                           Email:        tkelley@lskslaw.com

*Attorney for Plaintiff*                                     *Attorney for Defendant*
*Crescent Communities, LLC*                                  *Crescent Real Estate Equities Limited*
                                                              *Partnership*

## CERTIFICATE OF SERVICE

I certify that on January 18, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants who have entered an appearance in this action.

*s/ M. Hope Watkins*
Hope Watkins